**April TAYLOR, Plaintiff–Appellant,**

v.

**CITY OF RICHMOND, VA; VHDA; Chesterfield Utilities; Dominion Power; Verizon Telecommunications, Defendants–Appellees.**

No. 15–1957.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 23, 2015.

April Taylor, Appellant Pro Se. Richard Earl Hill, Jr., City Attorney's Office, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

April Taylor appeals the district court's order dismissing her complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. City of Richmond, VA,* No. 3:15–cv–00435–JAG (E.D.Va. Aug. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*AFFIRMED.*